IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel. HECTOR BALDERAS, Attorney General,

Plaintiff,

vs. No. CIV 21-0284 JB/JFR

UNITED STATES NUCLEAR REGULATORY COMMISSION, CHRISTOPHER HANSON, in his official capacity as Chairman of the Commission, and the UNITED STATES OF AMERICA,

Defendants,

# FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order, filed March 10, 2022 (Doc. 48). In the Order, the Court grants the Federal Defendants' Motion to Dismiss First Amended Complaint; Brief in Support, filed June 17, 2021 (Doc. 12). With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case.

**IT IS ORDERED** that: (i) the Federal Defendants' Motion to Dismiss First Amended Complaint; Brief in Support, filed June 17, 2021 (Doc. 12), is granted; and (ii) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE

*Counsel*:

Hector H. Balderas
New Mexico Attorney General
Cholla Khoury
William G. Grantham
Zachary E. Ogaz
Assistant Attorneys General
New Mexico Office of the Attorney General
Albuquerque, New Mexico

-- and --

Marcus J. Rael, Jr.
Robles, Rael & Anaya, PC
Albuquerque, New Mexico

-- and --

Allan Kanner
Annemieke Monique Tennis
Kanner and Whiteley, L.L.C.
New Orleans, Louisiana

*Attorneys for the Plaintiff*

Andrew A. Smith
Senior Trial Attorney
Jennifer A. Najjar
Trial Attorney
United States Department of Justice
Washington, D.C.

*Attorneys for Defendants Nuclear Regulatory Commission and Christopher Hanson*

Hugh M. Ray, III
Pillsbury Winthrop Shaw Pittman LLP
Houston, Texas

-- and --

Jay E. Silberg
Anne Leidich
Pillsbury Winthrop Shaw Pittman LLP
Washington, D.C.

*Attorneys for Intervenor Holtec International*